**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
        nring@theurbanlawfirm.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IUPAT DISTRICT COUNCIL 15, GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS, LOCAL UNION 2001, | CASE NO: 2:13-cv-01185-JCM-GWF |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF CASE, WITH PREJUDICE** |
| vs. | |
| ACCURACY GLASS & MIRROR COMPANY, INC., a Nevada corporation; KELLY D. MARSHALL, an individual; and MICHAEL A. LAMEK, an individual, | |
| Defendants. | |

Plaintiff IUPAT DISTRICT COUNCIL 15, GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS, LOCAL UNION 2001, by and through its attorney, The Urban Law Firm, and Defendants, ACCURACY GLASS & MIRROR COMPANY, INC., a Nevada corporation; KELLY D. MARSHALL, an individual; and MICHAEL A. LAMEK, an individual, by and through their counsel of record, Gordon Silver, do hereby jointly stipulate to the dismissal of this Action, with prejudice, as to each Defendant.

The parties agreed upon a full and final settlement of this action. The terms of which are incorporated in this dismissal by reference.

/ / /

/ / /

1

DATED: July 11, 2014

**THE URBAN LAW FIRM**

/s/ Nathan R. Ring
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
*Counsel for Plaintiff*

DATED:  June 25, 2014

**GORDON SILVER**

/s/ Mark S. Dzarnoski
WILLIAM M. NOALL, Nevada State Bar No. 3549
MARK S. DZARNOSKI, Nevada State Bar No. 3398
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169
*Counsel for Defendants*

## ORDER

Based upon the stipulation of the parties, acting through their counsel, and with good cause appearing this case is hereby dismissed, with prejudice, as to each Defendant herein.

DATED: July 15, 2014.

_____
U.S. DISTRICT COURT JUDGE